# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 1, 2018

Stephen J. Markman,
Chief Justice

158519(16)

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

GARY LENTZ,
      Petitioner-Appellant,

v

DEPARTMENT OF CORRECTIONS,
      Respondent-Appellee.

_____/

SC: 158519
COA: 342907
Ingham CC: 17-000431-AA

      On order of the Chief Justice, the motion to waive fees is GRANTED as to this case only.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 1, 2018



Clerk